UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JUSTIN HOLMAN, SR.,

    Plaintiff,

       v.

RON NEAL, et al.,

    Defendants.

CAUSE NO. 3:25-CV-358-HAB-ALT

<u>OPINION AND ORDER</u>

Justin Holman, Sr., a prisoner without a lawyer, filed a complaint naming 9 defendants and raising unrelated claims. ECF 1. He makes allegations about events in A Cell House related to PREA violations, and retaliatory conduct reports. He makes allegations about the conditions of his confinement in D Cell House. He makes allegations related to painting his cell. He makes allegations about being improperly held in administrative segregation. It is unclear if or how these claims are related other than they all happened to him at the Indiana State prison. "A litigant cannot throw all of his grievances, against dozens of different parties, into one stewpot." *Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012). "[U]nrelated claims against different defendants belong in different suits," *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007).

When a plaintiff files a complaint with unrelated or mis-joined claims, the court may allow the plaintiff to decide which properly joined and related claims to pursue in the current case and when (or if) to bring the other claims in separate suits. *See Wheeler*

*v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012) (District courts may direct a plaintiff "to file separate complaints, each confined to one group of injuries and defendants."). Holman needs to decide which claims to pursue in this case. Once he decides, he must put this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** and write the word "Amended" above the title "Prisoner Complaint" on page one. If he wants to pursue other claims, he must file a new lawsuit using a separate complaint form without a cause number for each separate group of claims.

For these reasons, the court:

(1) STRIKES the complaint (ECF 1) but it will remain part of the public record; and

(2) GRANTS Justin Holman, Sr., until **April 30, 2026**, to file an amended complaint with related claims.

SO ORDERED on March 26, 2026.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT

2